UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-22556-CIV-MARTINEZ-OTAZO-REYES

NATASHA ALVAREZ, et al.,
    Plaintiffs,

vs.

SCHOOL BOARD OF MIAMI-DADE
COUNTY,
    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Defendant's Bill of Costs ("Motion for Costs"), [ECF No. 219], as well as Plaintiffs' Motion to Stay Ruling on Defendant's Motion for Costs ("Motion to Stay"), [ECF No. 224]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation, [ECF No. 236], recommending Plaintiffs' Motion to Stay be denied and Defendant's Motion for Costs be granted in part. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, [ECF No. 236], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiffs' Motion to Stay, [ECF No. 224], is **DENIED.**

2. Defendant's Motion for Costs, [ECF No. 219], is **GRANTED IN PART and DENIED IN PART**. Defendant is awarded **$2,349.19** in taxable costs as the prevailing party.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record